IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

LOLA MCDOUGAL,

     Appellant,

v.

KEATS COASTAL STAMPING
TRAVELERS INSURANCE,
AND ASPEN
ADMINISTRATORS, INC.,

     Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-2956

Opinion filed January 9, 2015.

An appeal from an order of the Judge of Compensation Claims.
William R. Holley, Judge.

Date of Accident: August 28, 2010.

Kimberly A. Hill of Kimberly A. Hill, P.L., Fort Lauderdale, for Appellant.

Dinah S. Stein and Steven H. Preston of Hicks, Porter, Ebenfeld & Stein, P.A., Miami, for Appellees.

PER CURIAM.

     AFFIRMED.

BENTON, WETHERELL, and SWANSON, JJ., CONCUR.